**Motion Granted and Order filed March 6, 2014**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-14-00147-CV

_____

### ANDREW DEMERS AND JOE BROCK RAMEY, Appellants

### V.

### FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

**On Appeal from County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 13-CCV-051957**

## ORDER

Appellant Joe Brock Ramey petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 13-37634 . Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on February 27, 2014, we stayed all proceedings in the appeal. See Tex. R. App. P. 8.2.

On   March 3, 2014, appellant Joe Brock Ramey filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a).  Attached to the motion is a true copy of the bankruptcy court's order lifting the stay for purposes of this appeal.

The motion is granted.  Accordingly, the case is ordered REINSTATED and placed on the court's active docket.


PER CURIAM